Cir. Certiorari denied. *Morris Kirschstein* for petitioner. *William J. Barnes, Kenneth Perry* and *Benton A. Bull* for respondent.

No. 769. MURRAY *v.* WEDEMEYER, COMMANDING GENERAL. C. A. 9th Cir. Certiorari denied. *Gilbert S. Woolworth* for petitioner. *Solicitor General Perlman* for respondent.

No. 776. VICTOR ET AL. *v.* HILLEBRECHT ET AL. Supreme Court of Illinois. Certiorari denied. *Meyer Abrams* for petitioners. *Frank H. Towner* and *Henry I. Green* for respondents.

No. 779. HUNTINGTON PALISADES PROPERTY OWNERS CORP., LTD. *v.* METROPOLITAN FINANCE CORP. C. A. 9th Cir. Certiorari denied. *Paul R. Smith* for petitioner. *Henry Schaefer, Jr.* and *Raymond V. Haun* for respondent.

No. 783. JACKSON *v.* RUTHAZER, WARDEN. C. A. 2d Cir. Certiorari denied. *Curtis F. McClane* for petitioner. *Frank S. Hogan* and *Whitman Knapp* for respondent.

No. 784. MAHON *v.* BENNETT, DOING BUSINESS AS GEORGE BENNETT CONSTRUCTION CO., ET AL. C. A. 8th Cir. Certiorari denied. *Homer S. Cummings, Dick H. Woods* and *Paul R. Stinson* for petitioner. *Charles M. Miller* and *Herman M. Langworthy* for respondents.

No. 791. FIREMEN'S INSURANCE Co. *v.* SMITH ET AL. C. A. 8th Cir. Certiorari denied. *Donald N. Clausen* and *Herbert W. Hirsh* for petitioner. *Ferd J. Frankenhoff* for respondents.